FILED

10/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0473

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0473

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

PHILIP BRYSON GRIMSHAW,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's Unopposed Motion to Supplement the Record, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Supplement the Record is GRANTED.

The transcript of the Eighth Judicial District Court's June 27, 2024 hearing on Appellant's motion for a new trial shall be prepared and filed within 30 days of this Order. Additionally, the Clerk of the Montana Supreme Court shall incorporate the transcripts that were prepared for *State v. Grimshaw*, DA 18-0342, into the documents forming the record on appeal in this cause number, DA 22-0473.

The Clerk shall serve a copy of this Order upon the June 27 hearing's court reporter, Betsy Tehle.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 25 2024